UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

---

Petties

-v-

City of New York et al

U.S.C.A. # _____

U.S.D.C. # 08-cv-3258

JUDGE: KMW

DATE: April 25, 2008

APR 2 5 2008

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----

**DOCUMENT DESCRIPTION**                                                              DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                                                          (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 25th Day of April, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------
             Pettus
               -v-
        City of New York et al
-----------------------------------------
```

U.S.C.A. # _____

U.S.D.C. # 08-cv-3258

JUDGE: KMW

DATE: April 25, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03258-KMW
### Internal Use Only

Pettus v. City of New York et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 04/01/2008
Date Terminated: 04/01/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by James Pettus.(mbe) (Entered: 04/09/2008) |
| 04/01/2008 | 2 | COMPLAINT against Quinn, O'Brian, First Judidical Dept., 2nd District, Thomas Cahill, Sherry Cohen, Diana Maxfield Kearse, City of New York, Randolph Clarke, Jr, Robert Morgenthau, District Attorney Office, Frank Dudis, Charles Hynes, District Attorney, Vanessa Wooten. Document filed by James Pettus.(mbe) (Entered: 04/09/2008) |
| 04/01/2008 |   | SUMMONS ISSUED as to Quinn, O'Brian, First Judidical Dept., 2nd District, Thomas Cahill, Sherry Cohen, Diana Maxfield Kearse, City of New York, Randolph Clarke, Jr, Robert Morgenthau, District Attorney Office, Frank Dudis, Charles Hynes, District Attorney, Vanessa Wooten. (mbe) (Entered: 04/09/2008) |
| 04/01/2008 |   | Magistrate Judge Andrew J. Peck is so designated. (mbe) (Entered: 04/09/2008) |
| 04/01/2008 | 3 | ORDER OF DISMISSAL, I direct the Clerk of Court to assign a docket number to this action, but dismiss the complaint for the following reason. Accordingly, the complaint, is dismissed for failure to allege that plaintiff is under imminent danger of serious physical injury. Plaintiff continues to be barred from filing any civil action under the in forma pauperis statue while he is a prisoner, unless his allegations bring his complaint within the terms of the statute's "imminent danger" exception. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 4/1/2008) (mbe) (Entered: 04/09/2008) |
| 04/01/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 4/1/2008) (mbe) (Entered: 04/09/2008) |
| 04/14/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by James Pettus. (tp) (Entered: 04/24/2008) |
| 04/14/2008 | 0 | Appeal Remark as to 5 Notice of Appeal filed by James Pettus. $455.00 APPEAL FEE DUE. IFP REVOKED 4/1/08. (tp) (Entered: 04/24/2008) |
| 04/24/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 04/24/2008) |
| 04/24/2008 |   | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 04/24/2008) |